ORIGINAL

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 2018
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Atosha Williams,

            Plaintiff,

v.                                                         Civil Action No.: 4:18-cv-00052-A

Capital One Bank (USA) N.A.,

            Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 29, 2018

                                        Respectfully submitted,

                                        By: _____

                                        Jenny DeFrancisco, Esq.
                                        CT Bar No.: 432383
                                        LEMBERG LAW LLC
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        E-mail: jdefrancisco@lemberglaw.com
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, a true and correct copy of the foregoing Notice of Settlement was mailed by regular mail to the clerk of the U.S. District Court for the Northern District of Texas.

By _____
Jenny DeFrancisco, Esq.