IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 2 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| ATOSHA WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:18-CV-052-A |
| | § | |
| CAPITAL ONE BANK (USA) N.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference with counsel for plaintiff, Atosha Williams, and defendant, Capital One Bank (USA) N.A., on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff against defendant be, and are hereby, dismissed with prejudice, with each party to bear costs of court and attorney's fees incurred by that party.

SIGNED July 2, 2018.

_____
JOHN McBRYDE
United States District Judge